4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
Entered
JUL 18 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AMERICA CANTU, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. B-01-CV-109 |
| AFC ENTERPRISES, INC. d/b/a CHURCHS CHICKEN, | § | |
| Defendant. | § | |

## STIPULATION OF AGREEMENT GRANTING DEFENDANT'S MOTION TO DISMISS

CAME ON for consideration this day Defendant's Motion to Dismiss and Brief in Support ("Defendant's Motion") in the above-referenced matter. Plaintiff is unopposed to Defendant's Motion. The Court, after reviewing the Motion and evidence, finds that Defendant's Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that this lawsuit be dismissed to permit the parties to proceed to binding arbitration before the American Arbitration Association in accordance with the parties' pre-existing arbitration agreement.

SIGNED this 18 day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE

**Stipulation of Agreement Granting Defendant's Motion to Dismiss - Page 1**

AGREED AS TO FORM AND SUBSTANCE:

_____
Louis S. Sorola
Texas Bar No. 00794990
S. D. Bar No. 19533
**SOROLA & GARCIA, P.L.L.C.**
2355 Barnard Road, Suite A
Brownsville, Texas 78523
Telephone: (956) 504-2911
Telecopier: (956) 544-7766
**ATTORNEY FOR PLAINTIFF**


_____
Gary D. Sarles
Attorney-in-charge
Texas Bar No. 17651100
S.D. Bar No. 19735
Douglas C. Bracken
Texas Bar No. 00783697
S.D. Bar No. 22646
**SARLES & OUIMET, L.L.P.**
370 Founders Square
900 Jackson Street
Dallas, Texas  75202-4436
Telephone: (214) 573-6300
Telecopier: (214) 573-6306
**ATTORNEYS FOR DEFENDANT**

**Stipulation of Agreement Granting Defendant's Motion to Dismiss - Page 2**